1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 N.A., | Case No.: 25-cv-3057-BJC-MMP |
| 12 Plaintiff, | |
| 13 v. | **ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES [ECF NO. 4]** |
| 14 CHRISTOPHER J. LaROSE, et al | |
| 15 Defendants. | |

16    Pending before the Court is a Joint Motion to Consolidate Related Cases pursuant to

17  Federal Rules of Civil Procedure 42(a).  ECF No. 4.  The Court finds that the following

18  cases share common questions of law and fact: 25-cv-3057-BJC-MMP and 25-cv-3058-

19  JLS-AHG.[1] Good cause appearing, the Court **GRANTS** the Joint Motion to Consolidate

20  Related Cases.

21    **IT IS SO ORDERED**.

22  Dated:  December 3, 2025

23

Honorable Benjamin J. Cheeks
United States District Judge

24

25

26

27  [1] The motion requests consolidation of five cases: 25cv3057-BJC-MMP, 25cv3058-JLS-AHG, 25cv3060-LL-KSC, 25cv3061-BJC-MSB, and 25cv3065-JO-BLM. However, 25cv3060, 25cv3061, and 25cv3065 have been dismissed as moot since the time that this motion was filed. Therefore, the Court consolidates the two remaining cases.

28